In the Matter of the Application of THE DEPARTMENT OF PUBLIC WORKS, ETC., OF THE CITY OF NEW YORK, Relative to the Opening of One Hundred and Eighty-first Street, between Tenth and Eleventh Avenues.

(Argued March 9, 1891; decided April 14, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 29, 1890, which modified and affirmed as modified, an order of Special Term vacating in part an order confirming report of the commissioners of estimate of assessment herein.

*James A. Deering* for appellant.

*Peter B. Olney* for respondent.

Agree to affirm ; no opinion.

All concur.

Order affirmed.

In the Matter of the Estate of ELI B. SMITH, Deceased.

(Argued March 9, 1891; decided April 14, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 23, 1891, which affirmed a decree of the Surrogate's Court of Erie county, charging the appellant, a trustee under the will of Eli B. Smith, deceased, with costs personally.

*Spencer Clinton* for appellant.

*John G. Milburn* for respondent.

Agree to affirm ; no opinion.

All concur.

Order affirmed.